IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIA MOORE,

       Petitioner,

v.                                                 4:08cv86-WS

WALTER MCNEIL,

       Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

       Before the court is the magistrate judge's report and recommendation docketed
October 14, 2008.  See Doc. 16.  The magistrate judge recommends that the
petitioner's petition for writ of habeas corpus be dismissed without prejudice for failure to
exhaust remedies.  The petitioner has filed objections (doc. 17) to the report and
recommendation.

       Having carefully considered the report and recommendation in light of the
petitioner's objections thereto, this court has determined that the report and
recommendation should be adopted.

       Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice for failure to exhaust remedies.

2.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this ___5th___ day of ___December___,2008.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE